UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE


| | | |
|---|---|---|
| MIKE SETTLE | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | No. 3:11-cv-127 |
| | ) | *Phillips* |
| | ) | |
| DAVID R. OSBORNE, Warden | ) | |
| | ) | |
| *Respondent.* | ) | |

### JUDGMENT ORDER


In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge


ENTERED AS A JUDGMENT
_____s/ *Debra C. Poplin*_____
CLERK OF COURT